Affirmed and Memorandum Opinion filed March 23, 2006









Affirmed and Memorandum Opinion filed March 23, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00947-CR

____________

 

ESTEVAN PARADA,
Appellant

 

V.

 

THE STATE
OF TEXAS, Appellee

_________________________________________________________

 

On Appeal from the 182nd
District Court

Harris County,
Texas

Trial Court Cause No.
976,343

_________________________________________________________

 

M E M O R A N D U M   O P I N I O N

After a jury trial, appellant was convicted of the offense of
burglary of a habitation and was sentenced by the trial court on September 21,
2004, to confinement for forty 40 years in the Institutional Division of the
Texas Department of Criminal Justice. 
Appellant filed a pro se notice of appeal.








Appellant=s appointed counsel filed a brief in which he concludes the
appeal is wholly frivolous and without merit. 
The brief meets the requirements of Anders v. California, 386
U.S. 738, 87 S. Ct. 1396 (1967), presenting a professional evaluation of the
record demonstrating why there are no arguable grounds to be advanced.  See High v. State, 573 S.W.2d 807
(Tex. Crim. App. 1978).

A copy of counsel=s brief was sent to appellant on
December 20, 2005.  Appellant was advised
of the right to examine the appellate record and file a pro se response.  See Stafford v. State, 813 S.W.2d 503,
510 (Tex. Crim. App. 1991).  As of this
date, no pro se response has been filed.

We have carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit. 
Further, we find no reversible error in the record.  A discussion of the brief would add nothing
to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed March 23, 2006.

Panel consists of Justices
Anderson, Edelman, and Frost. 

Do Not Publish C Tex. R. App. P. 47.2(b).